| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FULLER, Mark E. | 2. Court or Organization<br><br>USDC - ALMD | 3. Date of Report<br><br>11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>One Church Street, A-300<br>Montgomery, AL 36104 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, N.A., Atlanta, Georgia | Revolving Line of Credit | N |
| 2. | Community Bank & Trust, Enterprise, AL | Signature Loan/Unsecured | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Doss of Alabama, Inc./Aureus Aviation, Inc. | G | Distribution | O | U | | | | | |
| 2. | IRA #1 | A | Dividend | K | T | | | | | |
| 3. | - Wells Fargo Bank Deposit | | | | | | | | | |
| 4. | - Conagra Foods, Inc. | | | | | | | | | |
| 5. | - Lo Jack Corporation | | | | | | | | | |
| 6. | Custodian Minors Act -- #1 | A | Dividend | J | T | | | | | |
| 7. | - Oceaneering, Inc. | | | | | | | | | |
| 8. | - Wells Fargo Bank Deposit | | | | | | | | | |
| 9. | New York Life -- #1 | B | Dividend | K | T | | | | | |
| 10. | Custodian Minors Act -- #2 | B | Dividend | K | T | | | | | |
| 11. | - Conagra Foods, Inc. | | | | | | | | | |
| 12. | - Wells Fargo Bank Deposit | | | | | | | | | |
| 13. | New York Life - #2 | A | Dividend | J | T | | | | | |
| 14. | Northwestern Mutual Life | C | Dividend | K | T | | | | | |
| 15. | New York Life | C | Dividend | K | T | | | | | |
| 16. | Regions Bank Account | | None | K | T | | | | | |
| 17. | ServisFirst Bank Accounts | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ServisFirst Bank | B | Dividend | M | T | | | | | |
| 19. CB&T Bank Account | A | Interest | J | T | | | | | |
| 20. Rental Prop, Enterprise, AL (2012 County Tax Asses $271,160) | C | Rent | N | S | | | | | |
| 21. Wells Fargo Money Market | A | Interest | J | T | | | | | |
| 22. Bristol Myers Squibb | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 23. Chevron | B | Dividend | | | Sold | 12/11/12 | K | C | |
| 24. Colonial Properties Trust SBI (Sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 25. Conagra Foods, Inc. | B | Dividend | | | Sold | 12/11/12 | K | C | |
| 26. International Paper | A | Dividend | | | Sold | 12/11/12 | K | A | |
| 27. Pitney Bowes, Inc. (sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 28. Progress Energy, Inc. | A | Dividend | | | Merged (with line 34) | 7/2/12 | J | | |
| 29. Regions Financial (sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 30. Synovus Financial (sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 31. Total Systems Service, Inc. (sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 32. Wells Fargo (sold at loss) | A | Dividend | | | Sold | 12/11/12 | J | | |
| 33. American Financial Group | B | Interest | | | Sold | 9/28/12 | K | A | |
| 34. Duke Energy | B | Dividend | | | Sold | 12/11/12 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 48

Name of Person Reporting

FULLER, Mark E.

Date of Report

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Parcel 2, Panama City Beach, FL($126,972 Tax Assmt 2012) | | None | M | S | | | | | |
| 36. Comm Prop, Enterprise, AL (Tax Assessment $93,513 2012) | D | Rent | L | S | | | | | |
| 37. Church & Dwight, Inc. | A | Dividend | | | Buy | 08/2/12 | J | | |
| 38. | | | | | Sold | 12/11/12 | J | | |
| 39. Pinehurst, LLC | | None | N | U | Open | 10/5/12 | N | | |
| 40. Lot-Montgomery, Alabama ($125,000 tax assessment 2012) | | None | M | S | Buy | 07/5/12 | M | | |
| 41. Commodity Long Short Index | | None | | | Buy | 1/24/12 | N | | |
| 42. | | | | | Sold | 7/19/12 | M | | |
| 43. Merrill Lynch Cash | D | Interest | L | T | Open | 2/1/12 | L | | |
| 44. BIF Money Fund | A | Interest | J | T | Buy | 2/1/12 | J | | |
| 45. Merrill Lynch Cash | | None | J | T | Open | 2/1/12 | J | | |
| 46. Abbott Labs | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 47. Automatic Data Proc | A | Dividend | K | T | Buy | 4/3/12 | K | | |
| 48. Baxter Interntl Inc | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 49. C.H. Robinson Worldwide | A | Dividend | K | T | Buy | 5/31/12 | K | | |
| 50. Chevron Corp | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 51. Coca Cola Com | A | Dividend | K | T | Buy | 2/1/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Corp Plc | A | Dividend | K | T | Buy | 12/3/12 | K | | |
| 53. Exxon Mobil Corp | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 54. Genl Dynamics Corp Com | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 55. Honeywell Int Inc Del | A | Dividend | K | T | Buy | 10/1/12 | K | | |
| 56. Linear Technology Corp | A | Dividend | K | T | Buy | 10/1/12 | K | | |
| 57. McDonalds Corp Common | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 58. Medtronic Inc Com | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 59. Microsoft Corp | A | Dividend | K | T | Buy | 2/1/12 | K | | |
| 60. Paychex Inc | A | Dividend | K | T | Buy | 4/3/12 | K | | |
| 61. Wal-Mart Stores | A | Dividend | K | T | Buy | 12/3/12 | K | | |
| 62. 3M Company | | None | K | T | Buy | 10/1/12 | K | | |
| 63. Abbott Labs | | None | | | Buy | 2/1/12 | J | | |
| 64. | | | | | Sold | 12/3/12 | J | B | |
| 65. Air Products & Chem | A | Dividend | | | Buy | 2/1/12 | K | | |
| 66. | | | | | Sold | 11/2/12 | K | | |
| 67. Automatic Data Proc | | None | | | Buy | 4/3/12 | J | | |
| 68. | | | | | Sold | 12/3/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baxter Interntl Inc | | None | | | Buy | 2/1/12 | J | | |
| 70. | | | | | Sold | 12/3/12 | J | A | |
| 71. Chevron Corp | | None | | | Buy | 2/1/12 | J | | |
| 72. | | | | | Sold | 12/3/12 | J | A | |
| 73. C.H. Robinson Worldwide | | None | | | Buy | 5/3/12 | K | | |
| 74. | | | | | Sold | 12/3/12 | K | | |
| 75. Coca Cola Com | | None | | | Buy | 2/1/12 | J | | |
| 76. | | | | | Sold | 12/3/12 | J | A | |
| 77. Conagra Foods Inc. | A | Dividend | | | Buy | 4/3/12 | J | | |
| 78. | | | | | Sold | 6/4/12 | J | | |
| 79. Eaton Corp | | None | | | Buy | 2/1/12 | K | | |
| 80. | | | | | Sold | 12/3/12 | K | C | |
| 81. Exxon Mobil Corp | | None | | | Buy | 2/1/12 | J | | |
| 82. | | | | | Sold | 12/3/12 | J | A | |
| 83. Eaton Corp Plc | | None | | | Buy | 12/3/12 | J | | |
| 84. | | | | | Sold | 12/4/12 | J | | |
| 85. Emerson Elec Corp | A | Dividend | | | Buy | 2/1/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 7/2/12 | K | | |
| 87. Gap Inc Delaware | A | Dividend | | | Buy | 2/1/12 | J | | |
| 88. | | | | | Sold | 4/3/12 | J | C | |
| 89. Genl Dynamics Corp Com | | None | | | Buy | 2/1/12 | J | | |
| 90. | | | | | Sold | 12/3/12 | J | A | |
| 91. General MIlls | A | Dividend | | | Buy | 2/1/12 | K | | |
| 92. | | | | | Sold | 8/1/12 | K | | |
| 93. Honeywell Intl Inc Del | | None | | | Buy | 2/1/12 | K | | |
| 94. | | | | | Sold | 12/3/12 | K | | |
| 95. Home Depot, Inc. | A | Dividend | | | Buy | 2/1/12 | K | | |
| 96. | | | | | Sold | 7/2/12 | K | B | |
| 97. Illinois Tool Works Inc. | A | Dividend | | | Buy | 2/1/12 | K | | |
| 98. | | | | | Sold | 7/2/12 | K | | |
| 99. Johnson and Johnson Com | A | Dividend | | | Buy | 2/1/12 | K | | |
| 100. | | | | | Sold | 8/1/12 | K | A | |
| 101. Kimberly Clark | A | Dividend | | | Buy | 2/1/12 | K | | |
| 102. | | | None | | Sold | 9/4/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Linear Technology Corp | | None | | | Buy | 10/1/12 | J | | |
| 104. | | | | | Sold | 12/3/12 | J | A | |
| 105. McDonalds Corp | | None | | | Buy | 2/1/12 | J | | |
| 106. | | | | | Sold | 12/3/12 | J | | |
| 107. Medtronic Inc | | None | | | Buy | 2/1/12 | J | | |
| 108. | | | | | Sold | 12/3/12 | J | A | |
| 109. Microsoft Corp | | None | | | Buy | 2/1/12 | J | | |
| 110. | | | | | Sold | 10/1/12 | J | A | |
| 111. Norfolk Southern Corp | A | Dividend | | | Buy | 10/1/12 | K | | |
| 112. | | None | | | Sold | 11/2/12 | K | | |
| 113. Occidental Pete Corp Cal | A | Dividend | | | Buy | 4/3/12 | K | | |
| 114. | | None | | | Sold | 9/4/12 | K | | |
| 115. Paychex, Inc. | | None | | | Buy | 4/3/12 | J | | |
| 116. | | | | | Sold | 12/3/12 | J | A | |
| 117. Pepsico Inc. | A | Dividend | | | Buy | 2/1/12 | J | | |
| 118. | | | | | Sold | 3/2/12 | J | | |
| 119. Raytheon Co Delaware New | A | Dividend | | | Buy | 3/2/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 10/1/12 | K | A | |
| 121. 3M Company | A | Dividend | | | Buy | 10/1/12 | J | | |
| 122. | | | | | Sold | 12/3/12 | J | | |
| 123. Tiffany & Co New | A | Dividend | | | Buy | 6/4/12 | K | | |
| 124. | | | | | Sold | 9/4/12 | K | B | |
| 125. Union Pacific Corp | A | Dividend | | | Buy | 3/2/12 | K | | |
| 126. | | | | | Sold | 6/4/12 | J | | |
| 127. United Techs Corp Com | A | Dividend | | | Buy | 2/1/12 | K | | |
| 128. | | | | | Sold | 11/2/12 | K | A | |
| 129. Wal-Mart Stores, Inc. | | None | | | Buy | 2/1/12 | K | | |
| 130. | | | | | Sold | 11/2/12 | K | C | |
| 131. Walgreen Co | A | Dividend | | | Buy | 2/1/12 | J | | |
| 132. | | | | | Sold | 3/2/12 | J | | |
| 133. Merrill Lynch Bank Deposit | A | Interest | J | T | | | | | |
| 134. Merrill Lynch Bank Deposit | A | Interest | K | T | | | | | |
| 135. Amgen Inc | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 136. Medtronic Inc. | A | Interest | J | T | Buy | 1/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Giliead Sciences, Inc. | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 138. Textron Inc. | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 139. Netapp Inc. | A | Interest | J | T | Buy | 2/16/12 | J | | |
| 140. Symantec Corp | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 141. Molson Coors Brewing Co | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 142. Tyson Foods, Inc. | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 143. EMC Corp | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 144. Archer Daniels Midland C | A | Interest | J | T | Buy | 2/3/12 | J | | |
| 145. Alcoa Inc. | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 146. Allegheny Tech Inc | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 147. Prologis Inc | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 148. Ford Motor Company | A | Interest | J | T | Buy | 5/30/12 | J | | |
| 149. Xilinx Inc | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 150. Newmont Mining Corp | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 151. LAM Research Corp | A | Interest | J | T | Buy | 5/15/12 | J | | |
| 152. Teva Pharm Finance LLC | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 153. Nuance Communications | A | Interest | J | T | Buy | 6/7/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Jefferies Group Inc | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 155. Boston Properties, Inc. | A | Interest | J | T | Buy | 3/7/12 | J | | |
| 156. Intel Corp | A | Interest | J | T | Buy | 10/19/12 | J | | |
| 157. Metlife, Inc. | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 158. AMG Capital Trust | A | Int./Div. | J | T | Buy | 1/23/12 | J | | |
| 159. Apache Corporation | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 160. Aspen Insurance HLDS Ltd | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 161. Danaher Corp | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 162. Fifth Third Bank | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 163. Health Care Reit | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 164. Nextera Energy Inc | A | Interest | J | T | Buy | 1/23/12 | J | | |
| 165. NY Community Cap Trust V | A | Int./Div. | J | T | Buy | 1/23/12 | J | | |
| 166. Stanley Blk & Decker, Inc. | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 167. United Technologies Corp | A | Interest | J | T | Buy | 6/15/12 | J | | |
| 168. Wells Fargo & Co New | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 169. Xilinx Inc | | None | | | Buy | 1/24/12 | J | | |
| 170. | | | | | Sold | 10/2/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Amgen Inc | | None | | | Buy | 1/24/12 | J | | |
| 172. | | | | | Sold | 10/2/12 | J | A | |
| 173. Archer Daniels Midland | | None | | | Buy | 2/3/12 | J | | |
| 174. | | | | | Sold | 10/2/12 | J | | |
| 175. Boston Properties 3.75% | | None | | | Buy | 3/7/12 | J | | |
| 176. | | | | | Sold | 10/2/12 | J | | |
| 177. Health Care Reit 4.75% | | None | | | Buy | 1/24/12 | J | | |
| 178. | | | | | Sold | 6/18/12 | J | A | |
| 179. Navistar Intl Cor 3.00% | A | Interest | | | Buy | 5/10/12 | J | | |
| 180. | | | | | Sold | 6/5/12 | J | | |
| 181. Intel Corp | | None | | | Buy | 1/24/12 | J | | |
| 182. | | | | | Sold | 12/11/12 | J | A | |
| 183. EMC Corp | | None | | | Buy | 1/24/12 | J | | |
| 184. | | | | | Sold | 10/2/12 | J | A | |
| 185. Ford Motor Co 4.25% | | None | | | Buy | 5/30/12 | J | | |
| 186. | | | | | Sold | 10/2/12 | J | | |
| 187. Giliead Sciences | | None | | | Buy | 1/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/14/12 | J | B | |
| 189. Jefferies Group 3.87% | | None | | | Buy | 1/24/12 | J | | |
| 190. | | | | | Sold | 10/2/12 | J | A | |
| 191. LAM Reserach Corp 1.25% | | None | | | Buy | 5/15/12 | J | | |
| 192. | | | | | Sold | 10/2/12 | J | A | |
| 193. Medtronic | | None | | | Buy | 1/24/12 | J | | |
| 194. | | None | | | Sold | 10/2/12 | J | | |
| 195. Molson Coors Brew 2.50% | | None | | | Buy | 1/24/12 | J | | |
| 196. | | None | | | Sold | 10/2/12 | J | | |
| 197. Nuance Commun 2.75% | | None | | | Buy | 6/7/12 | J | | |
| 198. | | | | | Sold | 10/2/12 | J | A | |
| 199. Newmont Mining 1.62% | | None | | | Buy | 1/24/12 | J | | |
| 200. | | | | | Sold | 10/2/12 | J | A | |
| 201. Netapp Inc | | None | | | Buy | 2/16/12 | J | | |
| 202. | | | | | Sold | 10/2/12 | J | | |
| 203. Prologis 2.25% | | None | | | Buy | 1/24/12 | J | | |
| 204. | | | | | Sold | 4/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Prologis Inc 3.25% | | None | | | Buy | 1/24/12 | J | | |
| 206. | | | | | Sold | 10/2/12 | J | A | |
| 207. Symantec Corp 1.00% | | None | | | Buy | 1/24/12 | J | | |
| 208. | | | | | Sold | 10/2/12 | J | | |
| 209. Teva Pharm Finance LLC | | None | | | Buy | 1/24/12 | J | | |
| 210. | | | | | Sold | 10/2/12 | J | | |
| 211. Tyson Foods Inc | | None | | | Buy | 1/24/12 | J | | |
| 212. | | | | | Sold | 10/2/12 | J | | |
| 213. Textron Inc | | None | | | Buy | 1/24/12 | J | | |
| 214. | | | | | Sold | 10/2/12 | J | A | |
| 215. Transocean Inc 1.50% | A | Interest | | | Buy | 1/24/12 | J | | |
| 216. | | | | | Sold | 12/17/12 | J | A | |
| 217. Ingersoll-Rand Co 4.50% | A | Interest | | | Buy | 1/24/12 | J | | |
| 218. | | | | | Sold | 4/16/12 | J | A | |
| 219. AMG Capital Trust | | None | | | Buy | 1/23/12 | J | | |
| 220. | | | | | Sold | 10/2/12 | J | A | |
| 221. Aspen Insurance Hlds Ltd | | None | | | Buy | 1/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 10/2/12 | J | A | |
| 223. Apache Corporation | | None | | | Buy | 1/23/12 | J | | |
| 224. | | | | | Sold | 10/2/12 | J | | |
| 225. United Technologies Corp | | None | | | Buy | 6/14/12 | J | | |
| 226. | | | | | Sold | 10/2/12 | J | A | |
| 227. Fifth Third Bank | | None | | | Buy | 1/23/12 | J | | |
| 228. | | | | | Sold | 10/2/12 | J | | |
| 229. Health Care Reit | | None | | | Buy | 6/26/12 | J | | |
| 230. | | | | | Sold | 10/2/12 | J | A | |
| 231. Ingersoll-Rand PLC | | None | | | Buy | 4/16/12 | J | | |
| 232. | | | | | Sold | 5/18/12 | J | A | |
| 233. Metlife Inc. | | None | | | Buy | 1/23/12 | J | | |
| 234. | | | | | Sold | 12/6/12 | J | A | |
| 235. Metlife Inc. | | None | | | Buy | 1/23/12 | J | | |
| 236. | | | | | Sold | 10/2/12 | J | | |
| 237. Nextera Energy Inc | | None | | | Buy | 1/23/12 | J | | |
| 238. | | | | | Sold | 10/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 48

**Name of Person Reporting**

FULLER, Mark E.

**Date of Report**

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Newell Financial Tru Cld | A | Interest | | | Buy | 1/23/12 | J | | |
| 240. Newell Financial Tru Cld | | None | | | Sold | 7/16/12 | J | A | |
| 241. NY Community Cap Trust V | | None | | | Buy | 1/23/12 | J | | |
| 242. | | | | | Sold | 10/2/12 | J | A | |
| 243. Stanley Blk & Decker Inc | | None | | | Buy | 1/23/12 | J | | |
| 244. | | | | | Sold | 10/2/12 | J | A | |
| 245. Wells Fargo & Co New | | None | | | Buy | 1/23/12 | J | | |
| 246. | | | | | Sold | 10/2/12 | J | A | |
| 247. Danaher Corp | | None | | | Buy | 1/24/12 | J | | |
| 248. | | | | | Sold | 10/2/12 | J | A | |
| 249. Ingersoll-Rand PLC | | None | | | Buy | 4/17/12 | J | | |
| 250. | | | | | Sold | 4/17/12 | J | A | |
| 251. Navistar Intl Cor 3.00% | | None | | | Buy | 1/24/12 | J | | |
| 252. | | None | | | Sold | 6/5/12 | J | | |
| 253. Borgwarner, Inc. | | None | | | Buy | 1/24/12 | J | | |
| 254. | | | | | Sold | 4/2/12 | J | A | |
| 255. Metlife | | None | | | Buy | 10/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 10/24/12 | J | A | |
| 257. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 258. Aegon N.V. (AEG) | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 259. Aegon NV | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 260. Aegon NV | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 261. Aegon NV | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 262. Aegon NV | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 263. Aegon NV PFD | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 264. Affiliated Managers Grou | | None | J | T | Buy | 12/14/12 | J | | |
| 265. Affiliated Managers | A | Interest | J | T | Buy | 8/15/12 | J | | |
| 266. Aflac Inc | A | Interest | J | T | Buy | 9/21/12 | J | | |
| 267. Alexandria Real Estate | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 268. Allianz SE | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 269. American Financial 5.75% | A | Interest | J | T | Buy | 8/23/12 | J | | |
| 270. American Financial 6.375% | A | Interest | J | T | Buy | 6/12/12 | J | | |
| 271. Ameriprise Financial Inc | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 272. Arch Capital Group Ltd | A | Dividend | J | T | Buy | 3/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Aspen Insurance Hldg Ltd | A | Dividend | J | T | Buy | 4/11/12 | J | | |
| 274. Axis Capital Hldgs Ltd | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 275. Bank of New York Mellon 5.20% | A | Dividend | J | T | Buy | 9/14/12 | J | | |
| 276. Barclays Bank PLC 6.625% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 277. Barclays Bank PLC 7.100% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 278. Barclays Bank PLC 7.75% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 279. Barclays Bank PLC 8.125% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 280. BB&T Corporation 5.85% | A | Dividend | J | T | Buy | 4/21/12 | J | | |
| 281. BB&T Corporation 5.625% | A | Dividend | J | T | Buy | 7/25/12 | J | | |
| 282. Capital One Financial Series B | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 283. Citigroup Cap Trust IX | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 284. Citigroup Capital X | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 285. Citigroup Capital XIII | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 286. Citigroup Capital XI | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 287. Citigroup Capital XVI | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 288. Citigroup Capital XVII | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 289. Comcast Corporation | | None | J | T | Buy | 12/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Commonwealth REIT 7.5% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 291. Commonwealth REIT 5.75% | A | Int./Div. | J | T | Buy | 7/23/12 | J | | |
| 292. Credit Suisse | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 293. DB Capital FDG VIII | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 294. DB Cont Cap Trst II | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 295. BD Cont Cap Trust III | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 296. Deutsche Bk Cap Trust V | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 297. Deutsche Bk Capital FDG | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 298. Digital Realty Trust Inc 7.00% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 299. Digital REalty TRust Inc 6.625% | A | Dividend | J | T | Buy | 4/3/12 | J | | |
| 300. Dominion Resources | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 301. DTE Energy Co (DTE) | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 302. DTE Energy Co Ser C | A | Interest | J | T | Buy | 9/26/12 | J | | |
| 303. Entergy Arkansas | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 304. Entergy Arkansas Inc | | None | J | T | Buy | 12/7/12 | J | | |
| 305. Entergy LA LLC | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 306. Entergy Louisiana LLC | A | Interest | J | T | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Entergy Mississippi Inc | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 308. Entergy Texas Inc | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 309. Everest Re Cap Trust II | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 310. First Niagara Fincl Grp | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 311. General Elec Cap Corp | | None | J | T | Buy | 10/3/12 | J | | |
| 312. Goldman Sachs GP | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 313. Goldman Sachs Group Inc | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 314. Goldman Sachs Group Inc | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 315. Hartford Finl Svcs Grp | A | Interest | J | T | Buy | 4/11/12 | J | | |
| 316. Health Care Reit Inc | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 317. Hospitality Prop Trust | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 318. HSBC Hldgs Plc 6.20% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 319. HSBC Hldgs Plc 8.00% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 320. HSBC Hldgs Plc 8.125% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 321. Ing Groep N.V. 6.375% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 322. Ing Groep NV 6.125% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 323. Ing Group NV 7.375% | A | Dividend | J | T | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Ing Group NV 7.050% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 325. Ing Group NV 7.20% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 326. JPM Chase Cap Tr XI | A | Interest | J | T | Buy | 5/10/12 | J | | |
| 327. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 8/21/12 | J | | |
| 328. JPMorgan Chase Cap XXIX | A | Dividend | J | T | Buy | 5/10/12 | J | | |
| 329. Kimco Realty Corp Clakk J | A | Dividend | J | T | Buy | 7/17/12 | J | | |
| 330. Kimco Realty Corp Class K | | None | J | T | Buy | 12/4/12 | J | | |
| 331. Kimco Realty Corp 6.90% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 332. Kimco Realty Corp Class I | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 333. Lloyds Banking Grp PLC | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 334. Morgan Stanley Ser A | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 335. Morgan Stanley Cap Tr VI | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 336. Morgan Stanley Cap Tr VII | A | Int./Div. | J | T | Buy | 3/23/12 | J | | |
| 337. Morgan Stanley Cap Tr IV | A | Int./Div. | J | T | Buy | 3/23/12 | J | | |
| 338. Morgan Stanley Cap Tr V | A | Int./Div. | J | T | Buy | 3/23/12 | J | | |
| 339. Morgan Stanley Cap VIII | A | Int./Div. | J | T | Buy | 3/23/12 | J | | |
| 340. Morgan Stanley CP Tr III | A | Int./Div. | J | T | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Natl Retail PPTY Inc | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 342. Nextera Energy Capital Series G | A | Interest | J | T | Buy | 4/11/12 | J | | |
| 343. Nextera Energy Capital Series H | A | Interest | J | T | Buy | 6/13/12 | J | | |
| 344. Nextera Energy Capital Series I | | None | J | T | Buy | 11/16/12 | J | | |
| 345. Partner Re LTD | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 346. Partnerre Ltd | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 347. Partnerre Ltd (Pre) Ser E | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 348. PNC Financial Services Series P | A | Dividend | J | T | Buy | 4/23/12 | J | | |
| 349. PNC Financial Services Series Q | A | Dividend | J | T | Buy | 9/18/12 | J | | |
| 350. Protective Life Corp 6.25% | A | Interest | J | T | Buy | 5/17/12 | J | | |
| 351. Protective Life Corp 6.00% | A | Interest | J | T | Buy | 8/22/12 | J | | |
| 352. Prudential Financial 9.0% | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 353. Prudential Fincl Inc 5.75% | | None | J | T | Buy | 11/29/12 | J | | |
| 354. PS Business Parks Inc Series U | A | Dividend | J | T | Buy | 9/6/12 | J | | |
| 355. PS Business Parks Inc Series R | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 356. PS Business Parks Inc Series S | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 357. PS Business Parks, Inc Series T | A | Dividend | J | T | Buy | 5/4/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Public Storage 5.625% | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 359. Public Storage Series V | A | Dividend | J | T | Buy | 9/12/12 | J | | |
| 360. Public Storage Series P | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 361. Public Storage 6.875% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 362. Public Storage (PSA) Series T | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 363. Public Storage (PSA) Series R | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 364. Public Storage (PSA) Series S | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 365. Public Storage PFD Shr 6.5% | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 366. Qwest Corp 7.375% | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 367. Qwest Corp (CTL) | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 368. Qwest Corporation | A | Interest | J | T | Buy | 3/27/12 | J | | |
| 369. Qwest Corporation 7.00% | A | Interest | J | T | Buy | 6/15/12 | J | | |
| 370. Raymond James Financial | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 371. Realty Income | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 372. Regency Centers Corp Ser 6 | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 373. Regency Centers Corp Ser 7 | A | Dividend | J | T | Buy | 8/15/12 | J | | |
| 374. Renaissancere Hldgs Ltd Series D | A | Dividend | J | T | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Renaissancere Hldgs Ltd Series C | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 376. Royal Bk of Scot Grp Plc Series M | A | Dividend | J | T | Buy | 7/18/12 | J | | |
| 377. Royal Bk of Scot Grp Plc Series L | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 378. Royal Bk of Scot Grp Plc 6.35% | A | Dividend | J | T | Buy | 7/9/12 | J | | |
| 379. Royal Bk Scotland Group 6.125% | A | Dividend | J | T | Buy | 8/3/12 | J | | |
| 380. Royal Bk Scotlnd Grp Plc Series S | A | Dividend | J | T | Buy | 7/9/12 | J | | |
| 381. Santander Fin PFD Sa Uni | A | Dividend | J | T | Buy | 3/24/12 | J | | |
| 382. Scana Corporation | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 383. Senior Housing PPTY | A | Interest | J | T | Buy | 7/18/12 | J | | |
| 384. Stanley Black & Decker | A | Int./Div. | J | T | Buy | 7/27/12 | J | | |
| 385. State Street Corp Series C | A | Dividend | J | T | Buy | 8/27/12 | J | | |
| 386. TCF Financial Co | A | Dividend | J | T | Buy | 7/2/12 | J | | |
| 387. Telephone & Data System 6.875% | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 388. Telephone & Data System 7.00% | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 389. Telephone & Data Systems 5.875% | | None | J | T | Buy | 11/27/12 | J | | |
| 390. The Charles Schwab | A | Dividend | J | T | Buy | 5/31/12 | J | | |
| 391. The Goldman Sachs Grp | | None | J | T | Buy | 10/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Torchmark Corp | A | Interest | J | T | Buy | 9/18/12 | J | | |
| 393. UBS Pref Fndng Trust IV | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 394. US Bancorp SR B | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 395. US Bancorp Series G | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 396. US Bancorp Pfd Stk | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 397. US Cellular Corp (USM) | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 398. Vornado Realty Tr | A | Dividend | J | T | Buy | 7/12/12 | J | | |
| 399. Vornado Realty Tr Ser J | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 400. Vornado Rlty IP 7.875% | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 401. W.R. Berkley Captl Tr II | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 402. Wachovia Pfd Funding | A | Dividend | J | T | Buy | 5/10/12 | J | | |
| 403. Weingarten Realty | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 404. Weingarten Realty Invst | A | Dividend | J | T | Buy | 4/24/12 | J | | |
| 405. Weingarten Rlty | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 406. Wells Fargo Capital IX | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 407. Xcel Energy Inc | A | Interest | J | T | Buy | 3/23/12 | J | | |
| 408. Ameriprise Financial Inc | | None | | | Buy | 3/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 7/18/12 | J | | |
| 410. Arch Captial Group | A | Dividend | | | Buy | 3/23/12 | J | | |
| 411. | | | | | Sold | 5/2/12 | J | | |
| 412. Comcast Corporation | A | Interest | | | Buy | 3/23/12 | J | | |
| 413. | | | | | Sold | 7/23/12 | J | | |
| 414. Comonwealth Reit Cum Pfd Stk | A | Dividend | | | Buy | 3/23/12 | J | | |
| 415. | | | | | Sold | 8/24/12 | J | A | |
| 416. Commonwealth Reit Pfd Sh | A | Dividend | | | Buy | 3/23/12 | J | | |
| 417. | | | | | Sold | 12/3/12 | J | | |
| 418. General Electric Capital | A | Dividend | | | Buy | 3/23/12 | J | | |
| 419. | | None | | | Sold | 10/03/12 | J | | |
| 420. Goldman Sachs GP | | None | | | Buy | 3/23/12 | J | | |
| 421. | | | | | Sold | 12/12/12 | J | A | |
| 422. Goldman Sachs Group Inc. | A | Dividend | | | Buy | 3/23/12 | J | | |
| 423. | | | | | Sold | 10/3/12 | J | A | |
| 424. HSBC Holdings PLC | | None | | | Buy | 3/23/12 | J | | |
| 425. | | | | | Sold | 7/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 29 of 48

**Name of Person Reporting**

FULLER, Mark E.

**Date of Report**

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Kimco Realty Corp | A | Dividend | | | Buy | 3/23/12 | J | | |
| 427. | | | | | Sold | 10/10/12 | J | | |
| 428. JP MOrgan Chase Cap XXIX | | None | | | Buy | 3/23/12 | J | | |
| 429. | | | | | Sold | 12/11/12 | J | | |
| 430. Metlife Inc | A | Dividend | | | Buy | 3/23/12 | J | | |
| 431. | | | | | Sold | 9/10/12 | J | | |
| 432. Markel Corporation | A | Interest | | | Buy | 3/23/12 | J | | |
| 433. | | | | | Sold | 8/1/12 | J | | |
| 434. Nextera Energy Cap Hldgs | A | Interest | | | Buy | 3/23/12 | J | | |
| 435. | | | | | Sold | 6/14/12 | J | | |
| 436. Morgan Stanley Cap TRVII | | None | | | Buy | 3/23/12 | J | | |
| 437. | | | | | Sold | 10/23/12 | J | A | |
| 438. Citigroup Capital VII | A | Interest | | | Buy | 3/23/12 | J | | |
| 439. | | None | | | Sold | 10/16/12 | J | A | |
| 440. Everest Re Cap Trust II | | None | | | Buy | 3/23/12 | J | | |
| 441. | | | | | Sold | 12/3/12 | J | | |
| 442. Wells Fargo Capital IX | | None | | | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 4/27/12 | J | | |
| 444. BNY Capital V | A | Interest | | | Buy | 3/23/12 | J | | |
| 445. | | | | | Sold | 9/26/12 | J | | |
| 446. JPM Chase Cap TR XI | | None | | | Buy | 3/23/12 | J | | |
| 447. | | None | | | Sold | 10/17/12 | J | A | |
| 448. Nexen Inc | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 449. Nexen Inc | | None | | | Sold | 6/26/12 | J | A | |
| 450. Prudential PLC | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 451. | | | | | Sold | 12/24/12 | J | | |
| 452. Prudential PLC | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 453. | | | | | Sold | 8/17/12 | J | | |
| 454. Arch Capital Group L CLD | | None | | | Buy | 3/23/12 | J | | |
| 455. | | | | | Sold | 3/23/12 | J | | |
| 456. Protective Life Corp | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 457. | | | | | Sold | 6/20/12 | J | | |
| 458. Wells Fargo Captial XI | A | Interest | | | Buy | 3/23/12 | J | | |
| 459. | | None | | | Sold | 6/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 48

**Name of Person Reporting**

FULLER, Mark E.

**Date of Report**

11/07/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. PPL Captial Funding Inc | A | Interest | | | Buy | 3/23/12 | J | | |
| 461. | | | | | Sold | 8/14/12 | J | | |
| 462. Fifth Third Cap Trus Cld | A | Interest | | | Buy | 3/23/12 | J | | |
| 463. | | | | | Sold | 8/15/12 | J | | |
| 464. Fifth Third Capital Cld | A | Interest | | | Buy | 3/23/12 | J | | |
| 465. | | | | | Sold | 8/8/12 | J | | |
| 466. Public Storage | | None | | | Buy | 3/23/12 | J | | |
| 467. Public Storage | | None | | | Sold | 5/1/12 | J | | |
| 468. National City Capital Tr | A | Interest | | | Buy | 3/23/12 | J | | |
| 469. | | | | | Sold | 5/25/12 | J | | |
| 470. PS Business Parks In Cld | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 471. | | | | | Sold | 6/15/12 | J | | |
| 472. Protective Life Corp | | None | | | Buy | 3/23/12 | J | | |
| 473. | | | | | Sold | 6/14/12 | J | | |
| 474. Partner Re Ltd | | None | | | Buy | 3/23/12 | J | | |
| 475. | | | | | Sold | 12/7/12 | J | | |
| 476. Public Storage | A | Dividend | | | Buy | 3/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 48

Name of Person Reporting

FULLER, Mark E.

Date of Report

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 7/12/12 | J | | |
| 478. Partnerre Ltd | | None | | | Buy | 3/23/12 | J | | |
| 479. | | | | | Sold | 12/3/12 | J | | |
| 480. Renaissancere Hldgs Ltd | A | Dividend | | | Buy | 3/23/12 | J | | |
| 481. | | None | | | Sold | 11/8/12 | J | A | |
| 482. PS Business Parks Inc | | None | | | Buy | 3/23/12 | J | | |
| 483. | | | | | Sold | 10/9/12 | J | | |
| 484. Prologis Inc | A | Int./Div. | | | Buy | 3/23/12 | J | | |
| 485. | | | | | Sold | 10/9/12 | J | | |
| 486. Royal Bk of Scot Grp Plc | | None | | | Buy | 3/23/12 | J | | |
| 487. | | | | | Sold | 7/17/12 | J | | |
| 488. Qwest Corp | | None | | | Buy | 3/23/12 | J | | |
| 489. Qwest Corp | | None | | | Sold | 12/3/12 | J | A | |
| 490. Renaissancere Holdings L | | None | | | Buy | 3/23/12 | J | | |
| 491. | | | | | Sold | 12/27/12 | J | | |
| 492. Regency Centers Corp | A | Dividend | | | Buy | 3/23/12 | J | | |
| 493. | | | | | Sold | 9/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Santander Fin Pfd Sa Uni | | None | | | Buy | 3/23/12 | J | | |
| 495. | | | | | Sold | 12/20/12 | J | | |
| 496. Telephone & Data Systems | A | Interest | | | Buy | 3/23/12 | J | | |
| 497. | | | | | Sold | 5/2/12 | J | | |
| 498. W.R. Berkley Captl Tr II | | None | | | Buy | 3/23/12 | J | | |
| 499. | | | | | Sold | 12/3/12 | J | | |
| 500. Weingarten Realty | | None | | | Buy | 3/23/12 | J | | |
| 501. | | | | | Sold | 10/16/12 | J | | |
| 502. USB Capital XII CLD | A | Interest | | | Buy | 3/23/12 | J | | |
| 503. | | | | | Sold | 5/18/12 | J | | |
| 504. Vornado Plty Lp | | None | | | Buy | 3/23/12 | J | | |
| 505. Vornado Plty LP | | None | | | Sold | 7/25/12 | J | A | |
| 506. Wachovia Pfd Funding | | None | | | Buy | 3/23/12 | J | | |
| 507. Wachovia Pfd Funding | | None | | | Sold | 11/6/12 | J | A | |
| 508. XCel Energy Inc | | None | | | Buy | 3/23/12 | J | | |
| 509. | | | | | Sold | 12/21/12 | J | | |
| 510. Merrill Lynch Bank Deposit | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Montpelier Re Holdings | A | Dividend | J | T | Buy | 2/27/12 | J | | |
| 512. Morgan Stanley Cap VIII | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 513. Albemarle Corp | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 514. Altria Group Inc | B | Dividend | K | T | Buy | 1/23/12 | K | | |
| 515. Berkshire Hathaway Inc | | None | K | T | Buy | 1/23/12 | K | | |
| 516. Blackrock Inc | | None | K | T | Buy | 12/10/12 | K | | |
| 517. Bristol-Myers Squibb Co | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 518. Chevron Corp | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 519. Cinn Fincl Crp Ohio | A | Dividend | K | T | Buy | 2/15/12 | K | | |
| 520. Cisco Systems Inc | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 521. Coca Cola Com | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 522. Conocophillips | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 523. Dominion Res Inc New Va | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 524. Duke Energy Corp New | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 525. Federated Investrs B | B | Dividend | K | T | Buy | 2/23/12 | K | | |
| 526. Frac Kinder Morgan Mgmt | | None | J | T | Buy | 2/16/12 | J | | |
| 527. Hasbro Inc Com | B | Dividend | K | T | Buy | 2/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Hatteras Finl Corp | C | Dividend | K | T | Buy | 1/23/12 | K | | |
| 529.  Hershey Company | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 530.  Intel Corp | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 531.  Johnson and Johnson Com | A | Dividend | J | T | Buy | 1/23/12 | J | | |
| 532.  Kinder Morgan Management | | None | K | T | Buy | 1/23/12 | K | | |
| 533.  Lorillard Inc | B | Dividend | K | T | Buy | 1/23/12 | K | | |
| 534.  Lowe's Companies Inc | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 535.  Meadwestvaco Corp | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 536.  Microsoft Corp | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 537.  Newmarket Corp | C | Dividend | K | T | Buy | 1/23/12 | K | | |
| 538.  Paychex Inc | B | Dividend | K | T | Buy | 1/23/12 | K | | |
| 539.  Pfizer Inc | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 540.  Philip Morris Intl Inc | A | Dividend | K | T | Buy | 1/23/12 | J | | |
| 541.  Reynolds American Inc | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 542.  Verizon Communicatns Com | A | Dividend | K | T | Buy | 1/23/12 | K | | |
| 543.  Wal-Mart Stores Inc | A | Dividend | K | T | Type | 1/23/12 | K | | |
| 544.  Wells Fargo & Co New Del | A | Dividend | K | T | Buy | 1/23/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 48

Name of Person Reporting

FULLER, Mark E.

Date of Report

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Alexander & Baldwin Inc | A | Dividend | | | Buy | 1/23/12 | J | | |
| 546. | | None | | | Sold | 10/24/12 | J | B | |
| 547. Acco Brands Corp | | None | | | Buy | 2/27/12 | J | | |
| 548. | | | | | Sold | 9/24/12 | J | | |
| 549. Aegon N.V. (AEG) | A | Dividend | | | Buy | 5/11/12 | J | | |
| 550. Aegon N.V. (AEG) | | None | | | Sold | 10/1/12 | J | A | |
| 551. Endurance Speciality Hldg | A | Dividend | | | Buy | 1/24/12 | J | | |
| 552. Endurance Speciality Hldg | | None | | | Sold | 10/3/12 | J | A | |
| 553. Goldman Sachs Group Inc | | None | | | Buy | 1/24/12 | J | | |
| 554. | | None | | | Sold | 2/17/12 | J | | |
| 555. HSBC Hldgs Plc | | None | | | Buy | 1/24/12 | J | | |
| 556. HSBC Hldgs Plc | | None | | | Sold | 2/13/12 | J | A | |
| 557. Intl Business Machines | A | Dividend | | | Buy | 1/23/12 | K | | |
| 558. Intl Business Machines | | None | | | Sold | 8/7/12 | K | A | |
| 559. Matson Inc | | None | | | Buy | 1/23/12 | J | | |
| 560. | | None | | | Sold | 10/8/12 | J | | |
| 561. Montpelier Re Holdings | | None | | | Buy | 1/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

FULLER, Mark E.

Date of Report

11/07/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | None | | | Sold | 9/14/12 | J | | |
| 563. Morgan Stanley Cap VIII | | None | | | Buy | 1/24/12 | J | | |
| 564. Morgan Stanley Cap VIII | | None | | | Sold | 9/25/12 | J | A | |
| 565. Microsoft Corp | | None | | | Buy | 1/23/12 | J | | |
| 566. | | None | | | Sold | 12/10/12 | J | | |
| 567. Newmarket Corp | | None | | | Buy | 1/23/12 | J | | |
| 568. Newmarket Corp | | None | | | Sold | 10/2/12 | J | A | |
| 569. Partnerre Ltd (Pre) Ser E | A | Dividend | | | Buy | 1/24/12 | J | | |
| 570. | | None | | | Sold | 2/22/12 | J | | |
| 571. Phillips 66 Shs | A | Dividend | | | Buy | 1/23/12 | J | | |
| 572. Phillips 66 Shs | | None | | | Sold | 9/18/12 | J | B | |
| 573. Pfizer Inc | | None | | | Buy | 1/23/12 | J | | |
| 574. Pfizer Inc | | None | | | Sold | 10/2/12 | J | A | |
| 575. UDR Inc | A | Dividend | | | Buy | 1/23/12 | K | | |
| 576. | | None | | | Sold | 12/19/12 | K | | |
| 577. Merrill Lynch Bank Deposit | A | Interest | J | T | | | | | |
| 578. ABB Ltd | A | Dividend | J | T | Buy | 4/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Astrazeneca Plc Spnd Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 580. BAE Systems Plc | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 581. Bayer Ag Namen-Akt | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 582. BHP Billiton Limited | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 583. BOC Hong Kong | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 584. British Amn Tobaco Spadr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 585. Canadian Oil Sands Ltd | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 586. Companhia Energ De Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 587. Deutsche Post Ag | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 588. Diageo Plc Spsd Adr New | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 589. Fraser and NEave Ltd | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 590. GDF Suez | | None | J | T | Buy | 8/17/12 | J | | |
| 591. HSBC Hldg Plc | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 592. Industrias Penoles Sa De | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 593. Israel Chemicals Ltd | A | Dividend | J | T | Buy | 10/9/12 | J | | |
| 594. Mtn Group Ltd | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 595. Munich Re-Ins Regd | A | Dividend | J | T | Buy | 4/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Nestle Sa Cham Und Veve | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 597. North Atlantic Drilling | | None | J | T | Buy | 12/7/12 | J | | |
| 598. Novartis Adr | | None | J | T | Buy | 4/12/12 | J | | |
| 599. Petrochina Co Ltd sp Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 600. Philip Morris Intl Inc | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 601. Reckitt Benckiser Group | A | Dividend | J | T | Buy | 5/23/12 | J | | |
| 602. Riocan RL Est Inv Tr Ont | | None | J | T | Buy | 12/19/12 | J | | |
| 603. Roche Holdings Genush Fn | | None | J | T | Buy | 4/13/12 | J | | |
| 604. Roy Dut Shell Plc B Lon | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 605. Sanofi | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 606. Siemens Ag Germ | | None | J | T | Buy | 4/13/12 | J | | |
| 607. Singapore Telecomm Lt Ad | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 608. Smiths Group Plc, London | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 609. Sonic Healthcare Ltd | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 610. Statoil Asa | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 611. Taiwan S Manufctring Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 612. Telekomunikasi Tbk Pt | A | Dividend | J | T | Buy | 4/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FULLER, Mark E.

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Tesco Plc 5P | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 614. Total S.A. Sp Adr | A | Dividend | J | T | Buy | 4/25/12 | J | | |
| 615. Treasurey Wine Estates LT | A | Dividend | J | T | Buy | 4/13/12 | J | | |
| 616. Unilever NV NY Reg Shs | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 617. Untd Overseas Bk Spn Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 618. Vodafone Grop Plc Sp Adr | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 619. Zurich Insurance Group | | None | J | T | Buy | 4/12/12 | J | | |
| 620. Comp Sider Nacl Spns Adr | A | Dividend | | | Buy | 4/12/12 | J | | |
| 621. | | None | | | Sold | 11/28/12 | J | | |
| 622. Companhia Energ De Adr | | None | | | Buy | 4/12/12 | J | | |
| 623. | | None | | | Sold | 5/29/12 | J | | |
| 624. Canadian Oil Sands Ltd | | None | | | Buy | 4/12/12 | J | | |
| 625. | | None | | | Sold | 5/23/12 | J | | |
| 626. Chunghwa Telecom Co Ltd | A | Dividend | | | Buy | 4/12/12 | J | | |
| 627. Chunghwa Telecom Co Ltd | | None | | | Sold | 11/29/12 | J | A | |
| 628. Diageo Plc Spsd Adr New | | None | | | Buy | 4/12/12 | J | | |
| 629. Diageo Plc Spsd Adr New | | None | | | Sold | 12/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

FULLER, Mark E.

11/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Fraser and Neave Ltd | | None | | | Buy | 4/12/12 | J | | |
| 631. Fraser and Neave Ltd | | None | | | Sold | 12/7/12 | J | B | |
| 632. Sakari Resources Ltd | A | Dividend | | | Buy | 4/13/12 | J | | |
| 633. | | None | | | Sold | 10/11/12 | J | | |
| 634. Treasury Wine Estates LT | | None | | | Buy | 4/13/12 | J | | |
| 635. Treasury Wine Estates LT | | None | | | Sold | 12/20/12 | J | A | |
| 636. BHP Billiton Limited | | None | | | Buy | 4/12/12 | J | | |
| 637. | | None | | | Sold | 5/23/12 | J | | |
| 638. Siemens Ag Germ | | None | | | Buy | 4/13/12 | J | | |
| 639. | | None | | | Sold | 5/23/12 | J | | |
| 640. Nitto Denko Corp | A | Dividend | | | Buy | 4/12/12 | J | | |
| 641. Nitto Denko Corp | | None | | | Sold | 11/28/12 | J | A | |
| 642. Munich Re-Ins Regd | | None | | | Buy | 4/12/12 | J | | |
| 643. Munich Re-Ins Regd | | None | | | Sold | 12/20/12 | J | A | |
| 644. GDF Suez Driot D'Opt | A | Dividend | | | Buy | 9/25/12 | J | | |
| 645. GDF Suez Driot D'Opt | | None | | | Sold | 10/25/12 | J | | |
| 646. Merrill Lynch Bank Deposit | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Alliancebernstein Global | B | Dividend | L | T | Buy | 1/24/12 | L | | |
| 648. Doubleline Total Return | D | Dividend | M | T | Buy | 1/24/12 | M | | |
| 649. Loomis Sayles Bond Fd | C | Dividend | L | T | Buy | 1/24/12 | L | | |
| 650. Loomis Sayles Invt Grade | C | Dividend | L | T | Buy | 1/24/12 | L | | |
| 651. Lord Abbett Short | C | Dividend | L | T | Buy | 1/24/12 | L | | |
| 652. Lord Abbett Floating | B | Dividend | K | T | Buy | 1/24/12 | K | | |
| 653. Mainstay High Yield | C | Dividend | L | T | Buy | 1/24/12 | L | | |
| 654. MFS Emerging Markets | B | Dividend | K | T | Buy | 1/24/12 | K | | |
| 655. MFS Research Bond Fund | B | Dividend | L | T | Buy | 1/24/12 | L | | |
| 656. Pimco Total Return Fund | D | Dividend | M | T | Buy | 1/24/12 | M | | |
| 657. TCW Emerging | C | Dividend | K | T | Buy | 1/24/12 | K | | |
| 658. AB Global Bond Fd Adv | | None | | | Buy | 1/24/12 | J | | |
| 659. AB Global Bond Fd Adv | | None | | | Sold | 10/3/12 | J | A | |
| 660. TCW Emerg Mkt Income | | None | | | Buy | 1/24/12 | J | | |
| 661. TCW Emerg Mkt Income | | None | | | Sold | 10/3/12 | J | A | |
| 662. MFS Emging Mkts Debt | | None | | | Buy | 1/24/12 | J | | |
| 663. MFS Emging Mkts Debt | | None | | | Sold | 10/3/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.　Doubleline Tot Rtrn Bd | | None | | | Buy | 1/24/12 | J | | |
| 665.　Doubleline Tot Rtrn Bd | | None | | | Sold | 10/3/12 | J | A | |
| 666.　MFS Research Bond | | None | | | Buy | 1/24/12 | J | | |
| 667.　MFS Research Bond | | None | | | Sold | 10/3/12 | J | A | |
| 668.　Lord Abb Shrt Dur Inc F | | None | | | Buy | 1/24/12 | J | | |
| 669.　Lord Abb Shrt Dur Inc F | | None | | | Sold | 10/3/12 | J | A | |
| 670.　Mainstay High Yield | | None | | | Buy | 1/24/12 | J | | |
| 671.　Mainstay High Yield | | None | | | Sold | 10/3/12 | J | A | |
| 672.　Lord Abbett Floating | | None | | | Buy | 1/24/12 | J | | |
| 673.　Lord Abbett Floating | | None | | | Sold | 10/3/12 | J | A | |
| 674.　Pimco Total Return Fund | | None | | | Buy | 1/24/12 | J | | |
| 675.　Pimco Total Return Fund | | None | | | Sold | 10/3/12 | J | A | |
| 676.　L Sayles bond Fd I Cl | | None | | | Buy | 1/24/12 | J | | |
| 677.　L Sayles bond Fd I Cl | | None | | | Sold | 10/3/12 | J | A | |
| 678.　L Syls Inv Gr Bd Fd Cl Y | | None | | | Buy | 1/24/12 | J | | |
| 679.　L Syls Inv Gr Bd Fd Cl Y | | None | | | Sold | 10/3/12 | J | A | |
| 680.　Merrill Lynch Bank Deposit | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. Alliance hldgs Gp LP | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 682. Boardwalk Pipeline Ptnrs | A | Dividend | K | T | Buy | 3/9/12 | K | | |
| 683. Cedar Fair Dep Unt Lp | B | Dividend | L | T | Buy | 2/29/12 | K | | |
| 684. Centerpoint Energy Inc | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 685. El Paso Pipeline Partner | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 686. Enbridge Inc | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 687. Energy Transfer Equity L | B | Dividend | L | T | Buy | 2/29/12 | L | | |
| 688. Enterprise Prdts Prtn LP | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 689. Inergy LP | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 690. Inergy Midstream LLC | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 691. Markwest Energy Partners | A | Dividend | J | T | Buy | 2/29/12 | J | | |
| 692. Nustar GP Hldgs LLC Unit | B | Dividend | K | T | Buy | 4/19/12 | K | | |
| 693. Oneok Inc (Oklahoma) | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 694. Regency Energy Partners | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 695. Spectra Energy Partners | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 696. Suburban Propane | A | Dividend | K | T | Buy | 8/9/12 | K | | |
| 697. Teekay Lng Partners | A | Dividend | J | T | Buy | 2/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  Teekay Offshore Partners | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 699.  Western Gas Partners LP | B | Dividend | K | T | Buy | 2/29/12 | K | | |
| 700.  Williams Companies Del | A | Dividend | K | T | Buy | 2/29/12 | K | | |
| 701.  PAA Nat Gas Storage LP | A | Dividend | J | T | Buy | 3/22/12 | J | | |
| 702.  PVR Partners LP | C | Dividend | K | T | Buy | 2/29/12 | K | | |
| 703.  Southcross Energy | | None | K | T | Buy | 11/2/12 | K | | |
| 704.  El Paso Pipeline Partner | | None | | | Buy | 2/29/12 | J | | |
| 705. | | None | | | Sold | 11/2/12 | J | | |
| 706.  Merrill Lynch Bank Deposit | | None | J | T | | | | | |
| 707.  Cohen & Steers Global | A | Dividend | K | T | Buy | 4/9/12 | J | | |
| 708.  CRM International | | None | J | T | Buy | 4/9/12 | J | | |
| 709.  Delaware Emerging | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 710.  Dreyfus Emerging Mkts | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 711.  Fairholme Fund | | None | J | T | Buy | 4/9/12 | J | | |
| 712.  First Eagle | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 713.  First Eagle Gold Fund | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 714.  IShares MSCI South Korea | A | Dividend | J | T | Buy | 4/9/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. IShares MSCI Turkey Inde | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 716. Kinetics Paradigm Fund | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 717. Lateef fund Cl I | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 718. Market Vectors Etf Tr | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 719. Matthews Pacific Tiger F | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 720. MFS Research | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 721. Oppenheimer Gold & Sp Minerals | | None | J | T | Buy | 4/9/12 | J | | |
| 722. Royce Pennsylvnia Mutual | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 723. Templeton Emerging Mrkts | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 724. Templeton Glbl Bond Fd | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 725. Van Eck Global Hard | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 726. Merrill Lynch Bank Deposit | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 47 of 48

Name of Person Reporting

FULLER, Mark E.

Date of Report

11/07/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Prior year report, Part VII, page 4, lines 7-9 and page 5, line 24 are not repeated on the current year report due to divorce. The assets belonged to Mark E. Fuller's prior spouse and no interest is now owned by Mark Fuller.

2) Prior year repor, Part VII, page 4 lines 10-13 are not repeated on the current year report due to      not being a dependent of Mark E. Fuller in the current year.      In the current year report,    #1 was no longer a dependent. When the current year report was completed, the assets of    #2 in the prior year report were listed as    #1 in the current year report and the assets of    #3 in the prior year report were listed as    #2 in the current year report.

3) Part VII, lines 45, 133, 134, 257, 510, 577, 646, 680, 706 and 726 represent separate cash or money market accounts held by Merrill Lynch. Each of these accounts are held in different portfolios at Merrill Lynch.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. FULLER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544